## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SARAH WALKER,

      Plaintiff,

vs.                                                         No. CIV 09-0060 JB/RLP

THI OF NEW MEXICO AT HOBBS CENTER
d/b/a HOBBS HEALTH CARE CENTER,
DOE CORPORATION 1, DOE CORPORATION 2,
and DOE CORPORATION 3,

      Defendants.

### ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Leave to File an Amended Complaint and Memorandum in Support, filed October 30, 2009 (Doc. 40).  The Court held a hearing on December 9, 2009.  The primary issue is whether the Court should grant Plaintiff Sarah Walker leave to file an Amended Complaint.  For the reasons stated on the record and for further reasons stated in the Court's October 8, 2009 Memorandum Opinion and Order (Doc. 36) granting Walker an extension to file a motion to amend her Complaint, the Court will grant the motion for leave to amend.

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File an Amended Complaint and Memorandum in Support is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Richard Rosenstock
Santa Fe, New Mexico

-and-

Daniel Yohalem
Santa Fe, New Mexico

> *Attorneys for the Plaintiff*

Robert Shawn Oller
Christie L. Kriegsfeld
Littler Mendelson
Phoenix, Arizona

> *Attorneys for the Defendant THI of New Mexico at Hobbs Center LLC*
>  *doing business as Hobbs Health Care Center*