IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SARAH WALKER,

       Plaintiff,

vs.                                                                            No. CIV 09-0060 JB/KBM

THI OF NEW MEXICO AT HOBBS CENTER d/b/a
HOBBS HEALTH CARE CENTER, DIANA
MELTON, JAIME ANDUJO, DEBBIE
LOTHRIDGE, KAREN HOOD (MILLER),
THI OF NEW MEXICO, LLC, FUNDAMENTAL
CLINICAL CONSULTING, LLC, FUNDAMENTAL
ADMINISTRATIVE SERVICES, LLC,
THI OF BALTIMORE, INC., and FUNDAMENTAL
LONG-TERM CARE HOLDINGS, LLC,

       Defendants,

and

THI OF NEW MEXICO AT HOBBS CENTER, LLC,
THI OF NEW MEXICO, LLC, FUNDAMENTAL
ADMINISTRATIVE SERVICES, LLC, AND
FUNDAMENTAL CLINICAL CONSULTING, LLC,

       Counter-Plaintiffs,

vs.

SARAH WALKER,

       Counter-Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendants' Motion for Reconsideration, filed May 24, 2011 (Doc. 302). The Court held a hearing on July 15, 2011. At the hearing, Defendants THI of New Mexico at Hobbs Center, LLC ("THI of Hobbs"), Fundamental Administrative Services, LLC ("FAS"), and Fundamental Clinical Consulting, LLC ("FCC")


represented that they will comply with the Court's Memorandum Opinion and Order, filed July 4, 2011 (Doc. 340), and that they withdraw the motion for reconsideration.  The Court stated that it would enter an order indicating that the motion for reconsideration has been withdrawn and that the parties will comply with the Court's Memorandum Opinion and Order.  The Court orders that the Defendants produce documents consistent with the Court's July 4, 2011 MOO which required the production of documents for the entire period of Walker's employment and without regard to whether the documents were generated by the Defendants or entities owned by the Defendants; the standard will be whether the documents are in the Defendants' possession, custody, or control.  The Defendants must produce these documents by 5:00 p.m. on August 1, 2011.  Because THI of Hobbs, FAS, and FCC indicated that they would withdraw the motion to reconsider, the Court deems the motion to reconsider withdrawn.

**IT IS ORDERED** that the Defendants' Motion for Reconsideration, filed May 24, 2011 (Doc. 302), is withdrawn.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Katherine E. Murray
Santa Fe, New Mexico

-- and --

Daniel Yohalem
Richard Rosenstock
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Danny Jarrett
Trent A. Howell
Jackson Lewis, LLP
Albuquerque, New Mexico

-- and --

Lori D. Proctor
Johnson, Trent, West & Taylor, LLP
Houston, Texas

> *Attorneys for Defendants THI of New Mexico at*
>   *Hobbs Center, LLC and THI of New Mexico, LLC*

Barbara G. Stephenson
Quentin Smith
Sheehan & Sheehan, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants Fundamental Administrative Services, LLC,*
>   *Karen Hood (Miller), Debbie Lothridge, and Diana Melton*

John A. Bannerman
Margaret A. Graham
Bannerman & Johnson, P.A.
Albuquerque, New Mexico

> *Attorneys for Defendants Jaime Andujo and Fundamental*
>   *Clinical Consulting, LLC*

Colin T. Cameron
Rubin, Katz Law Firm
Santa Fe, New Mexico

-- and --

Rick L. Brunner
Columbus, Ohio

> *Attorneys for Defendants Diana Melton, Jaime Andujo, Debbie Lothridge, and*
>   *Karen Hood (Miller)*